# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO J. V., A MINOR CHILD.

No. 81084

MICAH DAVID VARNUM,
Appellant,
vs.
WASHOE COUNTY HUMAN
SERVICES AGENCY; AND J. V., A
MINOR CHILD,
Respondents.

**FILED**

JUN 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on April 27, 2020, without payment of the requisite filing fee. That same day, this court issued a notice directing appellant to pay the required filing fee within ten days. On May 4, 2020, the district court filed a copy of its order denying appellant's application to proceed in forma pauperis. On May 11, 2020, this court directed appellant to either pay the filing fee or file a motion to proceed in forma pauperis with this court.

To date, appellant has not paid the filing fee or otherwise responded to this court's May 11, 2020, order. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-23606

cc:    Hon. Cynthia Lu, District Judge, Family Court Division
Micah David Varnum
Washoe County District Attorney
Washoe Legal Services
Washoe District Court Clerk